ACCEPTED
03-13-00034-CV
4531100
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 2:22:11 PM
JEFFREY D. KYLE
CLERK

# 03-13-00034-CV

_____

In the Third Court of Appeals - Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/17/2015 2:22:11 PM
JEFFREY D. KYLE
Clerk

_____

## Titan Transportation, L.P.,
Appellant,

**v.**

## Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,
Appellees.

_____

On Appeal from the 353rd Judicial District Court of Travis County, Texas

_____

## NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICERS

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellees give notice that Glenn Hegar succeeded Susan Combs as Comptroller of Public Accounts of the State of Texas on January 2, 2015, and Ken Paxton succeeded Greg Abbott as Attorney General of the State of Texas on January 5, 2015.

Accordingly, the Appellees now should be designated as "Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas."

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

1

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief, Financial Litigation, Tax, and
Charitable Trusts Division

*/s/Charles K. Eldred*
CHARLES K. ELDRED
Attorney in Charge
Financial Litigation, Tax, and
Charitable Trusts Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov
Attorneys for Appellees

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2015, a true and correct copy of the foregoing **Notice of Automatic Substitution of Public Officers** was sent to the Appellant's attorney of record via e-service and/or electronic mail as follows:

James F. Martens
Lacy L. Leonard
Martens, Todd, & Leonard
jmartens@textaxlaw.com
lleonard@textaxlaw.com

*/s/Charles K. Eldred*
CHARLES K. ELDRED

2